# AlixPartners

**OFFICES >**

## WHEN ONE CALL REACHES AROUND THE WORLD

AlixPartners has offices throughout the Americas, Europe, Middle East, and Asia. Because we operate as a single entity with a shared culture and incentives, we can quickly build and deploy the right team for your situation from among all of our locations.



**MAP**   **LIST**

## AMERICAS   EMEA   ASIA

### NEW YORK (HEADQUARTERS)

909 Third Avenue
New York, NY 10022

T +1 212 490 2500
F +1 212 490 1344

**ALAN HOLTZ, LOCAL MARKET LEADER >**

**GET DIRECTIONS**

### BOSTON

200 Clarendon Street
49th Floor
Boston, MA 02116

T +1 617 742 4400
F +1 617 692 2801

**SEAN DOWD, LOCAL MARKET LEADER >**

**GET DIRECTIONS**

### BUENOS AIRES

AlixPartners Argentina SRL
Avenida Corrientes
1750 Piso 12
Buenos Aires,
Argentina C1042AAQ CABA

T +54 11 5031 2900

**DAVID HEAD & SEBASTIAN BLAUSTEIN, LOCAL MARKET LEADERS** >

GET DIRECTIONS

## CHICAGO

300 N. LaSalle Street
Suite 1900
Chicago, IL 60654

T +1 312 346 2500
F +1 312 346 2585

**JOHN CASTELLANO, LOCAL MARKET LEADER** >

GET DIRECTIONS

## DALLAS

2101 Cedar Springs Road
Suite 1100
Dallas, TX 75201

T +1 214 647 7500
F +1 214 647 7501

**STEPHANIE ANDERSON, LOCAL MARKET LEADER** >

GET DIRECTIONS

## DETROIT

2000 Town Center
Suite 2400
Southfield, MI 48075

T +1 248 358 4420
F +1 248 358 1969

**JEFF JOHNSTON, LOCAL MARKET LEADER** >

GET DIRECTIONS

## HOUSTON

1221 McKinney Street
Suite 3275
Houston, TX 77010

T +1 713 276 4900
F +1 713 276 4901

**BECKY ROOF, LOCAL MARKET LEADER** ›

GET DIRECTIONS

# LOS ANGELES

865 South Figueroa Street
Suite 2310
Los Angeles, CA 90017

T +1 213 234 3800
F +1 213 437 7101

GET DIRECTIONS

# SAN FRANCISCO

580 California Street
Suite 2050
San Francisco, CA 94104

T +1 415 848 0283
F +1 415 848 0284

GET DIRECTIONS

# WASHINGTON, DC

2099 Pennsylvania Ave NW
Suite 300
Washington, DC 20006

T +1 202 756 9000
F +1 202 756 9300

**SUSAN MARKEL, LOCAL MARKET LEADER** ›

GET DIRECTIONS