

**LIETUVOS RESPUBLIKOS FINANSŲ MINISTERIJA**
**MINISTRY OF FINANCE OF THE REPUBLIC OF LITHUANIA**

Dr. Andrei Liakhov
Law firm Sayenko Kharenko
10 Muzeyny Provulok
Kyiv 01001, Ukraine
Fax: +380 44 499 6250
E-mail: ALiakhov@sk.ua

17 July, 2012
Our Ref. ((7.63-02)-5K-1210202)-6K-806187

Representing
Mr. Vladimir Antonov

**RE: NOTICE OF AN INVESTMENT DISPUTE PURSUANT TO ARTICLE 10 OF THE TREATY BETWEEN THE GOVERNMENT OF THE RUSSIAN FEDERATION AND THE GOVERNMENT OF THE REPUBLIC OF LITHUANIA CONCERNING THE ENCOURAGEMENT AND RECIPROCAL PROTECTION OF INVESTMENT**

Dear Dr. Liakhov,

On 7 June, 2012 the Ministry of Finance of the Republic of Lithuania received a Notice of an Investment Dispute pursuant to Article 10 of the Treaty between the Government of the Russian Federation and the Government of the Republic of Lithuania concerning the encouragement and reciprocal protection of investment as of 4 May 2012 served in the name and on behalf of Mr. Vladimir Antonov (the "**Notice**").

Please note that on 13 June 2012 the Government of Lithuania passed a Decree No 698 Regarding Authorization to Represent the Government (State) of the Republic of Lithuania in the Foreign Dispute Settlement Institutions (the "**Decree**") under which the Ministry of Finance of the Republic of Lithuania was appointed and authorised to represent the Government (State) of the Republic of Lithuania in relation to any actions needed for representation of the interests of the Government (State) of the Republic of Lithuania in the foreign dispute settlement institutions regarding disputes related to AB bankas "Snoras".

We hereby note that acting in accordance with the Decree, the Ministry of Finance of the Republic of Lithuania shall examine the statements and position expressed in the Notice and shall provide a reply to the Notice in accordance with the procedure set in the laws of the Republic of Lithuania. We note that this letter does not constitute an acknowledgment of the statements or position expressed in the Notice or acknowledgement of jurisdiction or dispute settlement procedure proposed in the Notice and does not preclude the Republic of Lithuania to undertake any legal measures in defence of its interests.

Yours sincerely,

Ingrida Simonytė
Minister of Finance