USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

In Re the Application of the Fund for
Protection of Investor Rights in Foreign
States pursuant to 28 USC 1782 for an Order
granting leave to Obtain Discovery for use in
a Foreign Proceeding,

INDEX NO.: 1:19-MC-00401-AT

------------------------------------------------------------X

### ORDER GRANTING WITHDRAWAL OF APPEARANCE OF CARLOS RAMOS-MROSOVSKY

In accordance with Local Civil Rule 1.4 and upon consideration of the annexed affidavit, the appearance of Carlos Ramos-Mrosovsky as counsel for applicant the Fund for Protection of Investor Rights in Foreign States is hereby withdrawn.

SO ORDERED.

Dated: September 27, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge